December 10, 1970.

APPEAL NOS. 1168, 1169. PORTSMOUTH EDUC. ASS'N *v.* RHODE ISLAND STATE LABOR RELATIONS BD. Same *v.* Same. Motion of Portsmouth School Committee for permission to appear and argue as amici curiae granted with direction to file their briefs on or before January 15, 1971. *Timothy J. McCarthy,* for plaintiff. *James M. Jerue,* for R. I. Labor Relations Bd. *Dolbashian, Chappell & Chace, Edward M. Dolbashian,* for Portsmouth School Committee.

December 15, 1970,

M. P. No. 1035. GERARD JOSEPH SALVAIL *v.* JOHN F. SHARKEY *et al.* Motion of respondents to supplement record is granted. *Alfred Factor, Hayden C. Covington,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondents.

M. P. No. 1164. RAYMOND WILBUR *v.* FRANCIS A. HOWARD. Petition for writ of habeas corpus to admit petitioner to bail is denied. *Raymond Wilbur,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.